Matter of Cayuga Nation v Parker (2024 NY Slip Op 03601)

Matter of Cayuga Nation v Parker

2024 NY Slip Op 03601

Decided on July 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, AND KEANE, JJ.

268 CA 22-01776

[*1]IN THE MATTER OF CAYUGA NATION, PETITIONER-APPELLANT,
v
DUSTIN PARKER AND DUSTIN PARKER, DOING BUSINESS AS PIPEKEEPERS TOBACCO & GAS, RESPONDENTS-RESPONDENTS. (APPEAL NO. 1.)

BARCLAY DAMON LLP, SYRACUSE (LEE ALCOTT OF COUNSEL), FOR PETITIONER-APPELLANT.
NIXON PEABODY LLP, ALBANY (ERIK A. GOERGEN OF COUNSEL), FOR RESPONDENTS-RESPONDENTS.

Appeal from an order of the Supreme Court, Seneca County (Barry L. Porsch, A.J.), entered July 26, 2022. The order denied the petition. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Matter of Cayuga Nation v Parker ([appeal No. 2] — AD3d — [July 3, 2024] [4th Dept 2024]).
Entered: July 3, 2024
Ann Dillon Flynn
Clerk of the Court